

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-23-00828-CV

**IN THE INTEREST OF R.P.**, a Child

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2022-PA-01371
Honorable Raul Perales, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE RIOS, AND JUSTICE RODRIGUEZ[1]

In accordance with this court's opinion of this date, the trial court's judgment is REVERSED AND REMANDED. Costs are assigned to Appellee.

SIGNED February 28, 2024.

Patricia O. Alvarez, Justice

---

[1] Dissenting without opinion